**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KAREN FIGUEROA,**

    **Plaintiff,**

**-vs-**                Case No. 6:11-cv-333-Orl-22DAB

**CARDIAC SURGICAL ASSOCIATES, LLP,**

    **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. No. 18) filed on September 6, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Notice of No Objection to the Court's Report and Recommendation on the Parties' Settlement (Doc. No. 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 26, 2011 (Doc. No. 21) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. No. 18) is GRANTED.

3. Settlement in the amount of $6,000 to Plaintiff for unpaid wages and liquidated damages, and $6,090 for attorney's fees and $910 in costs is accepted as a fair and reasonable resolution of a bona fide dispute over FLSA issues.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 11, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge